THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CHARLIE H. GATES, Defendant-Appellant.

(No. 56000; ▮▮▮▮▮▮▮▮▮▮

First District—November 20, 1972.

Opinion by Mr. PRESIDING JUSTICE GOLDBERG.

James J. Doherty, Public Defender, of Chicago, (Harold A. Cowen, Assistant Public Defender, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and John C. O'Rourke, Jr., Assistant State's Attorneys, of counsel,) for the People.